UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| ENPAT, INC.,<br>a Florida Corporation,<br>    Plaintiff,<br><br>    v.<br><br>JORDAN KLEIN,<br>    Defendant. | **Case No.:**<br>5:10-cv-524-TJC-JRK |

### NOTICE OF FILING EXECUTED RETURN OF SERVICE DIRECTED TO DEFENDANT JORDAN KLEIN

**Plaintiff, Enpat, Inc.,** hereby gives notice and respectfully files the EXECUTED RETURN OF SERVICE directed to Defendant Jordan Klein in the above-styled action, which is attached hereto.

Respectfully submitted.

DATED this 11th day of November 2010.

BY:   s/ Kelly G. Swartz
Stephen C. Thomas
Florida Bar No. 0641006
Robert A. Lynch
Florida Bar No. 0026459
Kelly G. Swartz
Florida Bar No. 0057563
Hayworth, Chaney, & Thomas P.A.
202. N. Harbor City Blvd., Suite 300
Melbourne, Florida 32935

page 1 of 2

>Phone: (321) 253-3300
>Facsimile: (321) 253-2546
>sthomas@hctlaw.com
>rlynch@hctlaw.com
>kswartz@hctlaw.com
>Attorneys for Plaintiff Enpat, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 11, 2010, I electronically filed the foregoing with the Clerk of the court by using the CM/ECF system which will send a notice of electronic filing to those participating in the electronic filing system and by electronic mail to:

>Mark J. Young
>Mark Young, P.A.
>12086 Fort Caroline Rd., Unit 202
>Jacksonville, FL 32225
>Telephone: (904)996-8099
>Facsimile: (904) 981-9234
>Email: myyoung@myyoungpa.com

>BY:  s/ Kelly G. Swartz

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Middle District of Florida

Case Number: 5:10-CV-524-OC-32JRK

Plaintiff:
**Enpat, Inc.,**

vs.

Defendant:
**Jordon Klein,**

For:
Stephen C. Thomas
Hayworth, Chaney & Thomas, P.A.
202 N. Harbor City Blvd.
Suite 300
Melbourne, FL 32935

Received by ATTORNEYS LEGAL SERVICES, INC. on the 20th day of October, 2010 at 2:37 pm to be served on **JORDON KLEIN, 10197 S.E. 144th Place, Summerfield, FL 34491**.

I, ERNEST MARTINEZ, do hereby affirm that on the **25th day of October, 2010** at **10:00 am**, I:

**Individually served the following documents: SUMMONS AND COMPLAINT WITH EXHIBITS upon JORDON KLEIN at 10197 S.E. 144th Place, Summerfield, FL 34491, pursuant to F.S. 48.031(1)(A).**

I certify that I am over the age of 18, I am not a party to this action and have no interest in the process being served. I have been properly certified as a process server by ADMINISTRATIVE ORDER A2008-21. I complied with all provisions of this order and F.S. 48.031(5) at the time of service. Under penalties of perjury, I declare that I have read the foregoing Return of Service and that the facts stated in it are true to the best of my knowledge. F.S. 92.525

ERNEST MARTINEZ
ID # 8-7-22

ATTORNEYS LEGAL SERVICES, INC.
112 East Concord Street
Orlando, FL 32801
(800) 275-8908

Our Job Serial Number: ALS-2010012141

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| Enpat, INc. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 5:10-cv-524-OC-32JRK |
| Jordon Klein | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jordon Klein
10197 SE 144th Place
Summerfield, FL 34491-3725

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Stephen C. Thomas
Hayworth, Chaney & Thomas, P.A.
202 N. Harbor City Blvd., Ste. 300
Melbourne, FL 32935

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHERYL L. LOESCH
*CLERK OF COURT*

Date: 10/12/10

*Signature of Clerk or Deputy Clerk*